UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REMEDIOS NELSON,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>    Defendants. | Case No.: 2:18-cv-01515-MMD-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is the parties' stipulation to amend the complaint. Docket No. 8. Under Fed. R. Civ. P. 15(a), "[t]he court should freely give leave when justice so requires," and there is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). As such, the Ninth Circuit has made clear that Rule 15(a) is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (*per curiam*). Accordingly, the Court **GRANTS** the parties' stipulation to amend the complaint. Docket No. 8. The amended complaint shall be filed and served no later than December 27, 2018.

IT IS SO ORDERED.

Dated: December 20, 2018.

                                                   Nancy J. Koppe
                                                 United States Magistrate Judge