# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REMEDIOS NELSON,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

    Defendant(s).

Case No.: 2:18-cv-01515-MMD-NJK

**ORDER**

(Docket No. 29)

    Pending before the Court is Defendant United States' motion for a 60-day extension for the parties to file a proposed joint pretrial order. Docket No. 29. Plaintiff failed to respond by the deadline to do so. *See* Docket; *see also* Docket No. 22 (setting discovery motion deadlines). That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d). Accordingly, the Court **GRANTS** Defendant's motion. Docket No. 29. The joint proposed pretrial order shall be filed no later than February 3, 2020.

    IT IS SO ORDERED.

    Dated: November 22, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge