UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Remedios Nelson,** an individual<br><br>　　　Plaintiff,<br><br>vs.<br><br>**United States of America,** through the United States Postal Service, an agency of the Government of the United States of America, Does I–X; Roe Corporations I–X,<br><br>　　　Defendant. | Case No.: 2:18-cv-01515-MMD-NJK<br><br>**ORDER GRANTING**<br>**Request for Withdrawal of Attorney of Record** |

　　Plaintiff, Remedios Nelson, hereby submits her Request for Withdrawal of Attorney of Record. Remedios requests Zachariah B. Parry, Esq., formerly of PARRY & PFAU, be removed as her counsel of record.

　　Remedios requests Matthew G. Pfau, Esq. of MATT PFAU LAW GROUP, be her sole counsel of record. Matthew Pfau, Esq. is duly admitted to practice in this District and accepts this responsibility.

　　I, Remedios Nelson, consent to the above withdrawal.

Dated this 12 June 2020　　　　　　　_/s/ Remedios T. Nelson_
　　　　　　　　　　　　　　　　　　　　　　Remedios Nelson

I, Zachariah B. Parry, Esq., consent to the above withdrawal.

Dated this 12th  June 2020

_____
Zachariah B. Parry, Esq.

I, Matthew G. Pfau, Esq., consent to the above withdrawal.

Dated this 12th  June 2020

_____
Matthew G. Pfau, Esq.

Respectfully submitted by:

DATED this 12th day of June 2020.   MATT PFAU LAW GROUP

_____
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439

Attorney for Plaintiff,
*Remedios Nelson*

**Approved:**

This Court hereby removes Zachariah B. Parry, Esq. as Remedios Nelson's counsel of record and appoints Matthew G. Pfau, Esq. as her sole counsel of record.

Dated this __12_ day of __June____ 2020.

_____
United States Magistrate Judge