NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Remedios Nelson,<br><br>      Plaintiff,<br><br>      v.<br><br>United States of America, through the United States Postal Service, an agency of the Government of the United States of America, Does I-X; Roe Corporations I-X,<br><br>      Defendants. | Case No. 2:18-cv-01515-MMD-NJK<br><br>**Stipulation and Order of Dismissal with Prejudice** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Remedios Nelson and Defendant United States, that the above-entitled case shall be

dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 20th day of July 2020.

| MATT PFAU LAW GROUP | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Matthew Pfau<br>MATTHEW PFAU, Esq.<br>3041 West Horizon Ridge Pkwy, Suite 135<br>Henderson, Nevada 89052 | /s/ Patrick Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney |
| *Attorney for Plaintiff* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: July 20, 2020